1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10  SEAN MILLER,                            )      No. EDCV 09-1761 FFM
                                            )
11              Plaintiff,                  )      JUDGMENT OF REMAND
                                            )
12        v.                                )
                                            )
13  MICHAEL J. ASTRUE,                      )
    Commissioner of Social Security,        )
14                                          )
                Defendant.                  )
15  ────────────────────────────────       )

16        The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. §

17  405(g).

18        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

19  captioned action is remanded to the Commissioner of Social Security for further

20  proceedings consistent with the Order dated November 16, 2010.

21

22  DATED: November 16, 2010

23                                           /S/ FREDERICK F. MUMM
                                             FREDERICK F. MUMM
24                                           United States Magistrate Judge

25

26

27

28